UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 05-CR-22T |
| CRISTIAN A. SARRIA | : | |

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Cristian A. Sarria, by and through his counsel, and moves this Honorable Court to continue this matter to the Court's jury empanelment for August of 2005. The grounds for this request by the defendant are that the defendant seeks additional time to investigate documents emanating from the Republic of Colombia. Pursuant to the provisions of 18 USC § 3161(h)(1)(D), the interest of justice outweigh the interest of the defendant and the government in a speedy trial in this matter such that this request should be granted.

CRISTIAN A. SARRIA
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 17th day of June, 2005, I hand-delivered a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.