UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

## CRIMINAL CASES:

### JURY

**CR04-120S** **USA v. Jacinto Garcia**
Possession with Intent to Distribute Heroin

**CR05-11S** **USA v. Anthony Lipscomb**
Possession With Intent to Distribute Cocaine Base

**CR05-22S** **USA v. Christian Sarria**
Uttering Counterfeit Obligations

**CR05-26S** **USA v. Barry Quintana**
Felon in Possession of a Firearm

**CR05-40S** **USA v. Michael Capaldi**
Bank Robbery

**CR05-67S** **USA v. Guillermo Ornelas**
Possession With Intent to Distribute Cocaine

**CR05-68S** **USA v. James Wiggins**
Illegal Transfer of Firearms

**CR05-69S** **USA v. Jose Burgos**
Felon in Possession of a Firearm

**CR05-79S** **USA v. John J. Conley**
Wire Fraud

## CIVIL CASES:

### JURY

**CA03-133S** **Chrabaszcz v. Johnston School Committee**
Personal Injury

**CA03-220S** **Young v. Wall**
Civil Rights

**CA04-70S** **Valvo v. Trans Union, LLC**
Truth in Lending

**CA04-224S** **Miller v. Werner Co., et al.**
Personal Injury

**CA04-238S** **Anteon Corp. V. Kelley, et al.**
Contract

**CA04-439S** **Vigilant Ins. v. East Greenwich Oil, et al.**
Contract

**CA05-05S** **Monson v. ASML Masktools, Inc.**
Contract

**CIVIL CASES:**

**NON JURY**

**CA04-502S** **Bentfield v. Tripp, et al.**
(ERISA)

**TRIAL NOTICE**

You are hereby notified that the above-captioned jury cases will be empaneled on **TUESDAY, AUGUST 2, 2005 at 9:30 a.m.**, before U.S. District Judge William E. Smith. Counsel must be present for empanelment of the jury. After empanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. No change in the status of any case will be accepted unless immediately reported to and approved by Judge Smith prior to jury empanelment. Counsel are directed to review all pretrial orders to assure full compliance. Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before empanlement. See Fed. R. Crim. P. 11(e).

2. No pleas will be accepted by the Court during the one week period preceding empanelment unless they have been scheduled before that period.

3. Under Guidelines 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

Counsel are reminded that all exhibits should be pre-marked as stated in the applicable

Pretrial Order and if any court equipment (i.e. overhead projectors; VCR etc.) is needed during the trial, counsel are to give Doreen Baldinelli in the Clerk's Office at least 24 hours notice of what they need.

All counsel must file a complete copy of their voir dire questions and in civil cases, counsel will also file a brief statement of the facts. These documents are to be filed in the Clerk's Office no later than **July 26, 2005**.

WEM

William E. Smith
U.S. District Judge

Date: 6/29/05