**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-22S** **August 2, 2005**

**TITLE: USA V. CHRISTIAN SARIA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: ANA-CECILIA ROSADO**

**IN COURT: 2:19 P.M. - 3:21 p.m.**

---

**COUNSEL PRESENT:** **Government - Adi Goldstein, AUSA**
**Defendant - Edward C. Roy, Esquire**

**<u>RE: JURY EMPANELMENT</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; Jurors present; 28 Jurors called; Court voir dires the jurors; 14 jurors selected; 12 jurors, 2 alternates; Attorneys satisfied with jury; Jurors excused.**