# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-22-01S** **August 15 - 17, 2005**

**TITLE: USA V. CHRISTIAN SARRIA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: ANA-CECILIA ROSADO**

---

**COUNSEL PRESENT:** **Government - Adi Goldstein, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: Jury Trial Day 1 - 9:10 a.m. - 1:48 p.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors present; Court addresses the jurors; Opening statements heard by the Government (Goldstein); Opening statements heard by Attorney Roy; W-1 Phon Savanah Souryahane; W-1 Sworn In; W-1 DX by Attorney Goldstein; CX by Attorney Roy; W-2 Richard Fernandez; W-2 Sworn In; DX by Attorney Goldstein; CX by Roy; W-3 John Petricig; W-3 Sworn; DX by Leavey; CX by Roy; W-4 Ilda Andrade; W-4 Sworn; DX by Goldstein; CX by Roy; W-5 Jennifer Savilonis; W-5 Sworn; W-5 DX by Goldstein; W-6 Maurice Cote; W-6 Sworn; W-6 DX by Goldstein; CX by Roy; W-7 Douglas Albright; W-7 Sworn; Dx by Goldstein; CX by Roy; RDX by Goldstein; RCX by Roy; 26 exhibits ent'd full; Jurors excused.**

**RE: Jury Trial Day 2 - 9:04 a.m. - 3:17 p.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors present; W-8 Caesar Zuletta; W-8 Sworn; DX by Leavey; CX by Roy; RDX by Leavey; Government rest. Jurors out; Defendant moves for a Motion for Judgment of Acquittal; Government agrees; Court reserves ruling on Defendant's Motion; Jury brought in; Defendant presents its case; W-9 John Ruiz; W-9 Sworn; DX by Roy; CX by Leavey; RDX by Roy; W-10 Christian Sarria; W10 Sworn; DX by Roy; CX by Goldstein; RDX by Roy; W-11Christine Sarria; DX by Roy; CX by Government; RDX by Roy; RCX by Government; W-12 Remizio Montezuma; W-12 Sworn; DX by Roy; CX by Leavey; W-13 John Gil; W-13 Sworn; DX by Roy; CX by Leavey; RDX by Roy; 4 exhibits ent'd full; Jurors out.**

**RE: Jury Trial Day 3 - 9:03 a.m. - 2:32 p.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors present; W-14 Dr. Allen Feldman; W-14 Sworn; DX by Roy; CX by Leavey; Defendant rest; Government calls rebuttal W-1 Emilio Mattos, Jr.; RW-1 Sworn; DX by Goldstein; CX by Roy; RDX by Goldstein; RW-2 Agent Maurice Cote; DX by Goldstein; CX by Roy; RW-3 Caesar Zuletta; DX by Goldstein; CX by Roy; Government rest on rebuttal; Closing arguments heard by both parties; Court reads the verdict; Defendant found guilty as to all counts I, II, and III; 4 exhibits ent'd full; Jury excused.**