AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Christian Sarria

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-22S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Adi Goldstein, AUSA | Edward C. Roy, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 08/15/2005 | anne clayton | Doreen Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Phim Savanah Souryarane |
| 12 | | 8/15/05 | ✓ | Full | Money Bands. |
| | | | | | |
| | | | | | W-2 Richard Fernandez |
| | | | | | W-3 John Petricig |
| | | | | | |
| 9 | | 8/15/05 | ✓ | Full | Consent to Search House. |
| 4 | | " " | ✓ (struck) | Full | Plastic Bags. |
| | | | | | |
| | | | | | W-4 Ilda Andrade. |
| | | | | | W-5 Jennifer Savelonis |
| | | | | | W-6 Maurice Cote |
| 1 | | 8/15/05 | ✓ | Full | Evidence Envelope – Counterfeit bills |
| 1A | | 8/15/05 | ✓ | Full | Seven $100 bills BN L12 |
| 1B | | | ✓ | Full | Eight $100 bills BN B2 |
| 1C | | | ✓ | Full | Five $100 bills BN 67 |
| 1D | | | ✓ | Full | Citizens Bank Card. |
| 2 | | 8/15/05 | ✓ | Full | Evidence Envelope – Counterfeit bills |
| 2A | | | ✓ | Full | One $100 bill BN J10 |
| 2B | | | ✓ | Full | Five $100 bills BN L12 |
| 2C | | | ✓ | Full | Five $100 bills BN B2 |
| 2D | | | ✓ | Full | Six $100 bills BN B2 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA V. Christian Sarria

CASE NUMBER: CR05-22S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2E | | 8/15/05 | ✓ | full | Citizens Bank Card. |
| 8 Wi[illegible]a m[illegible]e. s[illegible]TH | | 8/15/05 | ✓ | Full | Consent to Search Car. |
| 9A | | 8/15/05 | ✓ | Full | Consent to Search |
| 4A | | | ✓ | Full | One $100 bill BN C12 |
| 4B | | | ✓ | Full | Sixteen $100 bills BN F10. |
| 4C | | | ✓ | Full | Nineteen $100 bills BN C12 |
| 4D | | | ✓ | Full | Seventeen $100 bills BN H8. |
| 4E | | | ✓ | Full | Forty $100 bills BN 67 |
| 4F | | | ✓ | Full | Ten $100 bills BN D4. |
| 4G | | | ✓ | Full | Forty Four $100 bills [illegible] |
| 4H | | | ✓ | Full | One $100 bill BN F6. |
| 6 | | 8/15/05 | ✓ | Full | Spreadsheet Seized Bills. |
| | | | | | W-7 Douglas Albright |
| 10 | | 8/15/05 | ✓ | Full | Presentation: Counterfeit CDRom. |
| | | | | | Day 2 8/16/05 |
| | | 8/16/05 | | | W-8 Caesar Zuletta |
| | | | | | W-9 - John Ruiz |
| | | | | | W-10 Cristian Sarria |
| | A | 8/16/05 | ✓ | 8/16 | Purchase + Sales Agreement |
| | B | | | 8/16 | Translation of Ex. A from Spanish to English |
| 21 | | 8/17/05 | ✓ | Full | Citizens Bank Statement |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

US vs. Christian Sarria

DOCKET NO. CR05-22S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/16/05 | | | W-11 Christine Sarria |
| | | | | | |
| 22 | | 8/16/05 | ✓ | | Witness Statement of Christine Sarria |
| | C | | ✓ | 8/16 | Envelope DHL |
| | | | | | |
| | | | | | W-12 Remizio Montezuma |
| | | | | | W-13 John Gil |
| | | Day | 3 | | 8/17/05 |
| | | | | | W-14 Dr. Allen Feldman |
| | | | | | Rebuttal Witness #1 Emilio Mattos, Jr. |
| 7 | | 8/17/05 | ✓ | Full | Waiver of Rights Form |
| | | | | | RW-2 Agent Maurice Cote, |
| | | | | | RW-3 Caesar Zuletta |
| | D | 8/17/05 | ID | Full | International Wire Transfer Form |
| | | | | | |
| 21A | | 8/17/05 | ID | Full | Citizens Bank Acct Statement |
| | | | | | |