UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America )
v. ) CR No. 05-22S
Cristian Sarria )

JURY VERDICT FORM

1. As to Count I of the Indictment, we the jury find the Defendant, Cristian Sarria.

✓ GUILTY ____ NOT GUILTY

2. As to Count II of the Indictment, we the jury find the Defendant, Cristian Sarria.

✓ GUILTY ____ NOT GUILTY

3. As to Count III of the Indictment, we the jury find the Defendant, Cristian Sarria.

✓ GUILTY ____ NOT GUILTY

FILED IN OPEN COURT on 8/17/05 @ 2:35 p.m

Signature of Foreperson

Date: 8/17/ Donald E. Truchon