UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 05-CR-22T

CRISTIAN A. SARRIA :

**MOTION TO RELEASE BOND**

Now comes the defendant, Cristian A. Sarria, by and through his counsel, and moves this Honorable Court direct that the bond in this matter be released, that the lien on the defendant's wife's property at 1 Doyle Avenue, Johnston, Rhode Island be released and that the cash money posted by the defendant's wife be directed to be released to the defendant's wife forthwith.

CRISTIAN A. SARRIA
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 24th day of August, 2005, I hand-delivered a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.