UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-22 S

CRISTIAN SARRIA :

**AFFIDAVIT OF CRISTIAN SARRIA**

I, Cristian Sarria, hereby make affidavit and depose that:

1. I am the defendant in this matter.

2. The $5,000 bail money in this case was posted by my wife, Christine Sarria, who borrowed the money from friends.

3. I have requested that my lawyer file a motion to ask that the Court order the bail money be returned to my wife and that the lien on her real estate be taken off.

4. I am authorizing the Court to release the $5,000 in bail money to my wife, Christine Sarria, of One Doyle Avenue, Johnston, Rhode Island.

Cristian Sarria
Cristian Sarria

Susbscribed to and sworn to before me in Central Falls, Rhode Island on the 19th day of October, 2005.

Edward C. Roy Jr.
Comm. Exp. 4/2007

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Adi Goldstein, AUSA on the 19th day of October, 2005.

______________________________