UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-22 S

CRISTIAN SARRIA :

**ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE OF BOND**

By agreement of the Government and the Defendant, the Five Thousand Dollars ($5,000 ) posted as bail in this case may be returned forthwith to Christine Sarria, One Doyle Avenue, Johnston, Rhode Island. Further, the lien on the interest of Christine Sarria in real estate designated as One Doyle Avenue, Johnston, Rhode Island may be released and discharged forthwith.

ENTER: PER ORDER:

Presented by:

Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

# CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Adi Goldstein, AUSA on the ~~22nd~~ 19th day of ~~September~~ October, 2005.