UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 05-CR-22 ~~T~~S

CRISTIAN A. SARRIA :

**NOTICE OF APPEAL**

NOW COMES the defendant, Cristian A. Sarria, and hereby notices the appeal of his sentence imposed on November 4, 2005.

CRISTIAN A. SARRIA
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 4th day of November, 2005, I hand-delivered a true copy of the within notice to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.