UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

RECEIVED
NOV 17 2005
Property of U.S. District Court
District of Rhode Island

November 14, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. CRISTIAN A. SARRIA
CR05-22S

Dear Mr. Donovan:

Enclosed herewith you will find the Court File together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Court File.

George Ketos
05-2696 11/16/05