UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 23 2005
Property of U.S. District Court
District of Rhode Island

November 18, 2005

NOV 22 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Cristian Sarria
CR05-22S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Statement of Reasons

George Ghetoz 11/22/05
05-2696

SCANNED