UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-22S

CRISTIAN A. SARRIA :

MOTION TO RELEASE PASSPORT

NOW COMES the defendant, Cristian A. Sarria, and through counsel, moves that this Honorable Court release his passport to his family so the defendant can be deported to Colombia. Upon information and belief, the defendant is about to be deported, however, he may not be deported because of the fact that his passport is presently in custody of the United States. So that the deportation process can be completed, defense counsel prays that this Honorable Court authorize the release of the defendant's passport to the defendant's wife, who has plead that she will provide it to the appropriate immigration authorities.

The government, through AUSA Adi Goldstein, has no objection to the granting of this motion.

CRISTIAN A. SARRIA
By his attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 26st day of December 2006, I served by electronic case filing the within motion to AUSA Adi Goldstein.

/s/ Edward C. Roy