05-22
USDC/RI
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-2696

UNITED STATES,

Appellee,

v.

CHRISTIAN A. SARRIA,

Defendant, Appellant.

---

Before

Lipez, Circuit Judge,
Campbell, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: January 10, 2007

The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c). We assume without deciding that the sufficiency challenge was preserved even though appellant did not renew his reserved (but unresolved) motion for a judgment of acquittal. See United States v. Wagner, 382 F.3d 598, 611 n.2 (6th Cir. 2004) (bypassing this issue).

"It is the rare appellant who can mount a successful sufficiency attack in the face of the[] principles" that insulate a guilty verdict; appellant "has not managed to so distinguish himself." United States v. Ortiz, 447 F.3d 28, 32 (1st Cir. 2006). A rational jury could find beyond a reasonable doubt, considering either the government's case in chief or all of the evidence, and drawing plausible inferences from appellant's commingling and concealing of counterfeit bills, that he possessed and attempted to

pass the bills with knowledge of their nature and with intent to defraud.

Affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 1/31/07

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Edward C. Roy, Jr., AFPD, Adi Goldstein, AUSA, Donald Lockhart, AUSA]