USA

Plaintiff

VS: CR05-22S

Cristian A. Sarria

Defendant

## EXHIBIT RECEIPT

Currency Counterfeit Money
Exh 1, 1a-c, 2a-e, 4a-h

~~Attorney~~ Special Agent
Special Agent, Maurice Cote

Deputy clerk