**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR05-22S

Cristian A. Sarria

## EXHIBIT RECEIPT

Government's exhibit(s) 4, 6-9, 9A, 10, 12, 21, 21A, 22

Information Receptionist
~~Signature of Attorney:~~

Kristen M. Lancaster

David A. DiMarzio, Clerk

Wendy Deile
Deputy Clerk