**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR05-22S

Cristian A. Sarria

**EXHIBIT RECEIPT**

Defendant's exhibit(s) A, B, C, D

Signature of ~~Attorney:~~ Legal Assistant

David A. DiMarzio, Clerk

Deputy Clerk